UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL DWAYNE STEVENSON, | ) |
| Petitioner, | ) Case No. CV 16-1826 MWF (AJW) |
| v. | ) |
| DEBBIE ASUNCION, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: August 4, 2016

_____
Michael W. Fitzgerald
United States District Judge