UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL WAYNE STEVENSON, ) | CV NO. 16-1826-MWF(AJW) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| DEBBIE ASUNCION, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed with prejudice.

Dated: August 4, 2016

_____
Michael W. Fitzgerald
United States District Judge